# INDEX OF EXHIBITS

| No. | Description |
|---|---|
| 1 | *FBI Warns Healthcare Firms that they are Targeted by Hackers*, REUTERS (Aug. 2014) |
| 2 | Andis Robeznieks, *Cybersecurity: Ransomware attacks shut down clinics, hospitals*, AM. MED. ASS'N (Oct. 4, 2019) |
| 3 | *Identity Theft Resource Center and CyberScout* (Jan. 19, 2017) |
| 4 | Identity Theft Resource Center, *2017 Annual Data Breach Year-End Review* |
| 5 | Identity Theft Resource Center, *2018 End -of-Year Data Breach Report* |
| 6 | Elinor Mills, *Study: Medical identity theft is costly for victims*, CNET (March 3, 2010) |
| 7 | *2019 HIMSS Cybersecurity Survey* |
| 8 | Aaron Jensen, *Healthcare Phishing Statistics: 2019 HIMSS Survey Results*, PROOFPOINT (Mar. 27, 2019) |
| 9 | *How to Protect Your Networks from RANSOMWARE*, FBI (2016) |
| 10 | CONSUMER FIN. PROT. BUREAU, *Consumer Financial Protection Circular 2022-04: Insufficient data protection or security for sensitive consumer information* (Aug. 11, 2022) |
| 11 | *Security Tip (ST19-001) Protecting Against Ransomware*, CYBERSECURITY & INFRASTRUCTURE SECURITY AGENCY (Apr. 11, 2019) |
| 12 | *Human-operated ransomware attacks: A preventable disaster*, MICROSOFT (Mar. 5, 2020) |
| 13 | Federal Trade Commission, *Warning Signs of Identity Theft* (Sept. 2018) |
| 14 | *Public Workshop: The Information Marketplace: Merging and Exchanging Consumer Data*, FED. TRADE COMM'N Tr. at 8:2-8 (Mar. 13, 2001) |
| 15 | Julia Angwin & Emily Steel, *Web's Hot New Commodity: Privacy*, The Wall Street Journal (Feb. 28, 2011) |
| 16 | *Statement of FTC Commissioner Pamela Jones Harbour—Remarks Before FTC Exploring Privacy Roundtable*, FED. TRADE COMM'N (Dec. 7, 2009) |
| 17 | U.S. Dep't of Justice, *Victims of Identity Theft,* OFFICE OF JUSTICE PROGRAMS: BUREAU OF JUSTICE STATISTICS 1 (Nov. 13, 2017) |
| 18 | Center for Internet Security, *Data Breaches: In the Healthcare Sector* |
| 19 | Michael Ollove, *The Rise of Medical Identity Theft in Healthcare*, KAISER (Feb. 7, 2014) |

| | |
|---|---|
| 20 | *Survey on Medical Identity Theft*, Ponemon Institute, June 2012 |
| 21 | *The Potential Damages and Consequences of Medical Identify Theft and Healthcare Data Breaches*, EXPERIAN, (Apr. 2010) |
| 22 | *Protecting Consumer Privacy in an Era of Rapid Change: A Proposed Framework for Businesses and Policymakers, Preliminary FTC Staff Report*, FED. TRADE COMM'N 35-38 (Dec. 2010) |
| 23 | *What is Considered Protected Health Information Under HIPAA?*, HIPPA JOURNAL |
| 24 | *Breach Notification Rule*, U.S. DEP'T HEALTH & HUMAN SERVS. |
| 25 | *Start With Security: A Guide for Business*, FED. TRADE. COMM'N (June 2015) |
| 26 | *Protecting Personal Information: A Guide for Business*, FED. TRADE. COMM'M (Oct. 2016) |
| 27 | *Cybersecurity Best Practices for Healthcare Organizations*, HIPAA JOURNAL (Nov. 1, 2018) |
| 28 | *10 Best Practices For Healthcare Security*, INFOSEC |
| 29 | *2014 LexisNexis True Cost of Fraud Study*, LEXISNEXIS (Aug. 2014) |
| 30 | *Identity Theft And Your Social Security Number*, SOCIAL SECURITY ADMIN. (Dec. 2013) |
| 31 | Kayleigh Kulp, *Credit Monitoring Services May Not Be Worth the Cost*, CNBC (Nov. 30, 2017) |