# Exhibit 2

Join / Renew

My Subscriptions    My Topics    My Bookmarks

SUSTAINABILITY

# Cybersecurity: Ransomware attacks shut down clinics, hospitals

OCT 4, 2019 • 3 MIN READ

**Andis Robeznieks**

Senior News Writer



Bookmark

**What's the news:** October is National Cybersecurity Awareness Month and it arrives not a moment too soon. Ransomware attacks across all industries grew by 118% in the first quarter of the year, according to the August 2019 McAfee Labs Threat Report, and recent news reports reveal that health care-related computer systems are becoming an increasingly popular target for cyber criminals.

## Shore up your cybersecurity

Viruses, malware and hackers pose a threat to patients and physician practices. Get tips to protect patient health records and other data.

Learn More

The threat is global in scope. Recent victims include the DCH Regional Health System, a three-hospital public safety-net provider based in Tuscaloosa, Alabama, and two

large health systems in southwest Australia.

**Why it matters for patients and physicians:** Cybersecurity is not just a technical issue; it's a patient safety issue. AMA research has revealed that 83% of physicians work in a practice that has experienced some kind of cyberattack. Unfortunately, practices are learning that cyberattacks not only threaten the privacy and security of patients' health and financial information, but also patient access to care.

Wood Ranch Medical, a clinic in Simi Valley, California, suffered a ransomware attack this summer, and has announced that it will close in December. "The damage to our computer system was such that we are unable to recover the data stored there and, with our backup system encrypted as well, we cannot rebuild our medical records," a clinic news release said.

Earlier this year, Brookside ENT and Hearing Center, based in Battle Creek, Michigan, shut down after it lost years of patient records following practice owners' refusal to pay a ransom.

**Related Coverage**

In age of digital crime, old motto applies: Be prepared

The DCH system in Alabama discovered the cyberattack against it on Oct. 1, and announced it was not taking new patients but was able to provide critical services and move ahead with outpatient procedures and surgeries scheduled for Oct. 4. Patients with scheduled hospital procedures and tests were urged to call first. Patients with nonemergency medical needs were "encouraged to seek assistance from other providers," a DCH news release said.

**What's next:** The AMA has also developed tips and advice on protecting your computers and network to keep your patient health records and other data safe from cyberattacks.

You should download these cybersecurity resources and share them with your staff and IT:

> How to improve your cybersecurity practices.
> Cybersecurity checklist for office computers.

Protect your practice and your patients from cybersecurity threats.

An AMA physician cybersecurity survey found that physicians frequently rely on their IT vendors to handle their system's security. The survey also found that compliance with the Health Insurance Portability and Accountability Act is not enough to protect records.

**Related Coverage**

What you can do about patient safety's latest threat—cyberattacks

Training staff to recognize suspicious emails remains one of the most effective tools for preventing cyberattacks. "Even with all the sophisticated attack techniques being developed, attackers are still highly dependent on human interaction and social engineering," the McAfee Labs report states.

Additionally, health care and security experts have developed a set of useful materials to help guard your entire medical practice against cyberattacks. These materials have been designed with small to medium-sized medical practices in mind.

The main document, "Health Industry Cybersecurity Practices," explores the five most relevant and current threats to physician offices and recommends 10 cybersecurity practices to help mitigate these threats. Two technical volumes (one and two) provide the "how" so physicians and office administrators can implement these practices in their small, medium or large health care organizations.

 79

**More about:**

Cybersecurity

Cybersecurity Survey

Patient Safety

Catalog of Topics

## RELATED CONTENT

Physician cybersecurity

Security alert: E-mails impersonating AMA presidents

Cyber vulnerability grows along with COVID-19 pandemic stresses

## FEATURED STORIES



**MEDICARE & MEDICAID**

### Doctors to Congress: Stop Medicare pay cut and fix prior auth



**MEDICAL RESIDENT WELLNESS**

# How does parental leave affect physician resident performance?



- Free access to JAMA Network™ and CME
- Save hundreds on insurance
- Fight for physicians and patient rights

**Join the AMA today**

**Also of Interest:**

**Prescription Drug Shortage**

**Successfully Fights Scope Of Practice...**

**This is how generic drugs get their names**

The AMA promotes the art and science of medicine and the betterment of public health.

**AMA Contact Us**
Download AMA Connect app for **iPhone** or **Android**

AMA Careers
Events
Press Center
AMA Alliance
AMPAC
AMA Foundation

The best in medicine, delivered to your mailbox

| Email Address | Subscribe |

☐ I verify that I'm in the U.S. and agree to receive communication from the AMA or third parties on behalf of AMA.

JAMA NETWORK™  |  FREIDA™  |  AMA ED HUB™  |  COVID-19 RESOURCES  |
AMA JOURNAL OF ETHICS®  |  CPT  |  STORE  |  AMA PHYSICIAN PROFILES  |
AMA INSURANCE

Terms of Use  |  Privacy Policy  |  Code of Conduct  |  Website Accessibility

Copyright 1995 - 2022 American Medical Association. All rights reserved.