# Exhibit 3

**NEW BREACH ALERTS:** vendor) 11.29.22  |  Breckinridge IS, Inc. 11.29.22  |  Resource Anesthesiology Associates o ✕

 

Home  Publications

The ITRC conducts independent surveys and studies to learn more about the complex crime of identity theft and related issues, such as data breaches, privacy, scams, fraud, and more.

## Impact Studies

2022 │ITRC Business Impact Report

2022 │ITRC Consumer Impact Report

## Data Breach Research

**2022 | Q3 Data Breach Analysis**

**2022 | H1 Data Breach Analysis**

## Annual Reports

**2021 │ITRC Annual Impact Report**



In the Loop ☑

Data Breach Newsletter ☑

**\*Email Address**

**SUBSCRIBE**



**OUR MISSION**

**CONTACT US**

**PRIVACY POLICY**

**ACCESSIBILITY**

**MEDIA RESOURCES**

**FAQ**

**© Copyright 2022- Identity Theft Resource Center**

This product was produced by the ITRC under 2018-V3-GX-K007, awarded by the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice. The opinions, findings, and conclusions or recommendations expressed in product are those of the contributors and do not necessarily represent the official position or policies of the U.S. Department of Justice. View more about our copyright info **here**.