# Exhibit 4



# 2017 ANNUAL DATA BREACH YEAR-END REVIEW



The ITRC Data Breach Report, and supplemental documents, are brought to you by CyberScout.  We would like to thank CyberScout for their continued financial support.

## TABLE OF CONTENTS

**Key Highlights** ................................................................................3

**Category Summary by Industry Category** ...............................6

**Category Summaries By Type of Attack**

      **Hacking**.................................................................................7

      **Phishing** .............................................................................8

      **Ransomware/Malware** ....................................................9

      **Unauthorized Access** ...................................................10

**Category Summaries By Type of Information Exposed**

      **Credit card/debit card numbers**...............................11

      **Social Security numbers** ............................................12

**Other Category Summaries**

      **Insider Theft** ..................................................................13

      **Data on the Move**...........................................................14

      **Accidental Web/Internet Exposure**...........................15

      **Employee Error / Negligence / Improper / Disposal / Loss** ...................16

      **Physical Theft** ................................................................17

      **Subcontractor / 3rd Party / Business Associate** ....................18

**Information & Background on ITRC**.......................................19

**Methodology** ..........................................................................20



**The ITRC Data Breach Report is sponsored by:**

Formerly

CyberScout delivers a comprehensive suite of breach mitigation and identity management solutions to empower you to:

- Reduce your risk of a data breach occuring
- React swiftly and appropriately in the event a breach happens
- Manage the reputation of your organization and of those affected by the breach

Visit **www.CyberScout.com** or call **888.682.5911** today to learn more.

Identity Theft Resource Center would like to thank **CyberScout** for their continued financial support.

## 2017 Annual Data Breach Year-End Review

### Executive Summary

The number of U.S. data breach incidents tracked in 2017 hit a new record high of 1,579 breaches, according to the *2017 Data Breach Year-End Review* released by the Identity Theft Resource Center® (ITRC) and CyberScout®.  The Review indicates a drastic upturn of 44.7 percent increase over the record high figures reported for 2016.

"We've seen the number of identified breaches increase as a result of industries moving toward more transparency," said Eva Velasquez, president and CEO of the Identity Theft Resource Center. "We want to encourage businesses and government entities to continue to provide timely reports to their respective Attorney Generals so consumers can be better informed on what are the immediate and long-term impacts to their personal information by any given data breach."

Of the five industry sectors that the ITRC tracks, the business category again topped the ITRC's Data Breach List list for the third year in a row with 55 percent of the overall total number of breaches (870). This marks the eighth time since 2005 that the number of breaches for this sector has surpassed all other industries.  The Medical/Healthcare industry followed in second place with 23.7 percent of the overall total number of breaches (374). The Banking/Credit/Financial sector rounds out the top three with 8.5 percent of the overall total (134). This is only the second time since 2005 that the Banking/Credit/Financial sector has ranked in the top three industry categories. (See multi-year summary)  The remaining two sectors, Educational and Government/Military, represented 8 percent and 4.7 percent respectively.



"Year after year we continue to use the Annual Data Breach Year-End Review as a tool to further glean trends about the state of data breaches, or to confirm what we already know about them," said Matt Cullina, CEO of CyberScout. "With the business sector being strongly impacted, now more than ever it's important for organizations of all sizes to not only be prepared for a data breach, but to also be taking proactive steps to plan for the inevitability."

**Hacking dwarfs all other methods of data compromise totaling almost 60% of all breaches**

The method of exposure is a critical category when determining the level of harm potentially associated with a data breach.  Hence, ITRC captures seven different types of attacks: hacking (with subcategories of phishing, ransomeware/malware and skimming), unauthorized access, insider theft, data on the move, accidental exposure, employee error/negligence/improper disposal/loss, and physical theft.

Hacking continues to rank highest in the type of attack, at 59.4 percent of the breaches, an increase of 3.2 percent over 2016 figures:   Of the 940 breaches attributed to hacking, 21.4 percent involved phishing and 12.4 percent involved ransomware/malware. Unauthorized Access, which was newly added as a method of attack in 2016, represented nearly 11 percent of the overall total of breaches for a 3.4 percent increase over 2016 figures.  Unauthorized Access  is defined as  breaches which involve some kind of access to the data but the publicly available breach notification letters do not explicitly include the term hacking.

Hacking incidents had significant impact on the Business sector this year, with nearly 40 percent of the breached businesses identifying this type of attack as the cause for the breach.  On the other end of the spectrum, the Government/Military sector was far less impacted with only  1.3 percent of the total breach occurences being attributed to hacking.



**The Appeal of Credit and Debit Card Numbers Continues to Increase Year Over Year**

Nearly 20 percent of breaches included credit and debit card information, a nearly 6 percent increase from last year.  The actual number of records included in these breaches grew by a dramatic 88

percent over the figures we reported in 2016. Depsite efforts from all stakeholders to lessen the value of compromised credit/debit credentials, this information continues to be attractive and lucrative to thieves and hackers.

Social Security Numbers are even more widely available.

While the debate regarding the use of the Social Security Number as an authenticator continues, it must be called out that with multiple exposures of millions of SSNs they should no longer serve as a primary authenticator.  Throughout 2017, there were 830 data breach incidents involving Social Security numbers, representing more than half of the total reported number of breaches.  As a result of these breaches, nearly 158 million SSN's were exposed or 88 percent of the total number of records exposed.



The number of exposed records in this report represents the minimum number and should be viewed as such.  A significant percentage of the available data breach notification letters (36.7 percent) fail to include the number of exposed records, hence the ITRC's consistent call for more transparency and accuracy in notification letters.  Progress is being made however, as this represents an improvement over 2016 when more than half the notifications did not include the number of exposed records.

"Understanding the type of personal information that has been exposed is absolutely critical for affected consumers. " said Karen Barney, Director of Program Support for the ITRC. "While a Social Security number continues to be the most valuable piece of information in the hands of a thief, even the exposure of emails, passwords or user names can be problematic as this information often plays a role in hacking and phishing attacks.



# Identity Theft Resource Center

## 2017 Data Breach Industry Summary



How is this report produced?  What are the rules?  See below for details.

Report Date:   1/22/2018

| Totals for Category: | Banking/Credit/Financial | # of Breaches: 134 | # of Records: | 3,122,090 |
|---|---|---|---|---|
| | | % of Breaches: 8.5% | %of Records: | 1.7% |

| Totals for Category: | Business | # of Breaches: 870 | # of Records: | 163,449,242 |
|---|---|---|---|---|
| | | % of Breaches: 55.1 | %of Records: | 91.3% |

| Totals for Category: | Educational | # of Breaches: 127 | # of Records: | 1,418,258 |
|---|---|---|---|---|
| | | % of Breaches: 8.0% | %of Records: | 0.8% |

| Totals for Category: | Government/Military | # of Breaches: 74 | # of Records: | 5,903,448 |
|---|---|---|---|---|
| | | % of Breaches: 4.7% | %of Records: | 3.3% |

| Totals for Category: | Medical/Healthcare | # of Breaches: 374 | # of Records: | 5,062,031 |
|---|---|---|---|---|
| | | % of Breaches: 23.7 | %of Records: | 2.8% |

| Totals for All Categories: | # of Breaches: 1579 | # of Records: | 178,955,069 |
|---|---|---|---|
| | % of Breaches: 100.0 | %of Records: | 100.0% |

| **2017 Breaches Identified by the ITRC as of:** | **1/22/2018** | **Total Breaches:** | **1,579** |
|---|---|---|---|
| | | **Records Exposed:** | **178,955,069** |

The ITRC Breach database is updated on a daily basis, and published to our website on each Tuesday.  Unless noted otherwise, each report includes U.S. breaches that occurred in the year of the report name (such as "2017 Breach List", or became public in the report name year,  but were not public in the previous year.  For any breach which may have a corporate office outside of the U.S., but has customers in the U.S., the breach location will be identified as US.  Each item must be previously published by a credible source, such as Attorney General's website, TV, radio, press, etc.  The item will not be included at all if ITRC is not certain that the source is real and credible.  We include in each item a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.  ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.

The ITRC Breach Report presents individual information about data exposure events and running totals for the year.  The ITRC Breach Stats Report develops some statistics based upon the type of entity involved in the data exposure.



*The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center



# Identity Theft Resource Center



## 2017 Data Breach Hacking (includes phishing, ransomware/malware, skimming)

How is this report produced?  What are the rules?  See below for details.

Report Date:   1/19/2018

**Category: Banking/Credit/Financial**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Banking/Credit/Financial | # of Breaches: 66 | # of Records: | 270,213 |
| | | % of Breaches: 4.2% | %of Records: | 0.2% |

**Category: Business**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Business | # of Breaches: 627 | # of Records: | 158,219,648 |
| | | % of Breaches: 39.7 | %of Records: | 88.4% |

**Category: Educational**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Educational | # of Breaches: 79 | # of Records: | 237,296 |
| | | % of Breaches: 5.0% | %of Records: | 0.1% |

**Category: Government/Military**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Government/Military | # of Breaches: 22 | # of Records: | 5,613,293 |
| | | % of Breaches: 1.4% | %of Records: | 3.1% |

**Category: Medical/Healthcare**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Medical/Healthcare | # of Breaches: 146 | # of Records: | 3,208,795 |
| | | % of Breaches: 9.2% | %of Records: | 1.8% |

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Hacking | # of Breaches: 940 | # of Records: | 167,549,245 |
| | | % of Breaches: 59.5 | %of Records: | 93.6% |

| **2017 Breaches Identified by the ITRC as of:** | **1/19/2018** | **Total Breaches:** | **1,579** |
|---|---|---|---|
| | | **Records Exposed:** | **178,955,069** |

The ITRC Breach database is updated on a daily basis, and published to our website on each Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year,  but were not public in the previous year.  Each item must be previously published by a credible source, such as Attorney General's website, TV, radio, press, etc.  The item will not be included at all if ITRC is not certain that the source is real and credible.  We include in each item a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.  ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note: For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.



*The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center



# Identity Theft Resource Center



## 2017 Data Breach Phishing Summary

How is this report produced?  What are the rules?  See below for details.                    Report Date: 1/16/2018

### Category: Banking/Credit/Financial

| Totals for Category: | Banking/Credit/Financial | # of Breaches: 23 | # of Records: | 55,919 |
| | | % of Breaches: 1.5% | %of Records: | 0.0% |

### Category: Business

| Totals for Category: | Business | # of Breaches: 221 | # of Records: | 234,564 |
| | | % of Breaches: 14.0 | %of Records: | 0.1% |

### Category: Educational

| Totals for Category: | Educational | # of Breaches: 54 | # of Records: | 174,699 |
| | | % of Breaches: 3.4% | %of Records: | 0.1% |

### Category: Government/Military

| Totals for Category: | Government/Military | # of Breaches: 7 | # of Records: | 6,522 |
| | | % of Breaches: 0.4% | %of Records: | 0.0% |

### Category: Medical/Healthcare

| Totals for Category: | Medical/Healthcare | # of Breaches: 33 | # of Records: | 200,409 |
| | | % of Breaches: 2.1% | %of Records: | 0.1% |

| Totals for Category: | Phishing | # of Breaches: 338 | # of Records: | 672,113 |
| | | % of Breaches: 21.4 | %of Records: | 0.4% |

| 2017 Breaches Identified by the ITRC as of: | 1/16/2018 | Total Breaches: | 1,579 |
| | | Records Exposed: | 178,955,069 |

The ITRC Breach database is updated on a daily basis, and published to our website on Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year, but were not public in the previous year.  Each item must be previously published by a credible source, such as an Attorney General's website, network television, national print media, etc.  The item will not be included if the ITRC is not certain that the source is real and credible.  We include, for each incident, a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.  ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.

What is a breach?  A breach is defined as an event in which an individual's name plus Social Security Number (SSN), driver's license number, medical record, or a financial record/credit/debit card is potentially put at risk – either in electronic or paper format.

.



*The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center





# Identity Theft Resource Center

## 2017 Data Breach Ransomware/Malware Summary

How is this report produced?  What are the rules?  See below for details.                    Report Date:   1/22/2018

**Category:  Banking/Credit/Financial**

| | | | |
|---|---|---|---|
| Totals for Category: | **Banking/Credit/Financial** | **# of Breaches: 6** | **# of Records:** | **127,672** |
| | | **% of Breaches: 0.4%** | **%of Records:** | **0.1%** |

**Category:  Business**

| | | | |
|---|---|---|---|
| Totals for Category: | **Business** | **# of Breaches: 133** | **# of Records:** | **7,493,858** |
| | | **% of Breaches: 8.4%** | **%of Records:** | **4.2%** |

**Category:  Educational**

| | | | |
|---|---|---|---|
| Totals for Category: | **Educational** | **# of Breaches: 6** | **# of Records:** | **6,511** |
| | | **% of Breaches: 0.4%** | **%of Records:** | **0.0%** |

**Category:  Government/Military**

| | | | |
|---|---|---|---|
| Totals for Category: | **Government/Military** | **# of Breaches: 4** | **# of Records:** | **10,882** |
| | | **% of Breaches: 0.3%** | **%of Records:** | **0.0%** |

**Category:  Medical/Healthcare**

| | | | |
|---|---|---|---|
| Totals for Category: | **Medical/Healthcare** | **# of Breaches: 47** | **# of Records:** | **2,002,000** |
| | | **% of Breaches: 3.0%** | **%of Records:** | **1.1%** |

| | | | |
|---|---|---|---|
| Totals for Category: | **Ransomware/Malware** | **# of Breaches: 196** | **# of Records:** | **9,640,923** |
| | | **% of Breaches: 12.4** | **%of Records:** | **5.4%** |

| **2017 Breaches Identified by the ITRC as of:** | **1/22/2018** | **Total Breaches:**   1,579 |
|---|---|---|
| | | **Records Exposed: 178,955,069** |

The ITRC Breach database is updated on a daily basis, and published to our website on each Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year,  but were not public in the previous year.  Each item must be previously published by a credible source, such as Attorney General's website, TV, radio, press, etc.  The item will not be included at all if ITRC is not certain that the source is real and credible.  We include in each item a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.  ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note: For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.

 *The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center





# Identity Theft Resource Center

## 2017 Data Breach Unauthorized Access Summary

How is this report produced?  What are the rules?  See below for details.                    Report Date: 1/16/2018

**Category:  Banking/Credit/Financial**

| | Totals for Category:  Banking/Credit/Financial | # of Breaches: 19 | # of Records: | 13,167 |
|---|---|---|---|---|
| | | % of Breaches: 1.2% | %of Records: | 0.0% |

**Category:  Business**

| | Totals for Category:  Business | # of Breaches: 75 | # of Records: | 180,502 |
|---|---|---|---|---|
| | | % of Breaches: 4.7% | %of Records: | 0.1% |

**Category:  Educational**

| | Totals for Category:  Educational | # of Breaches: 4 | # of Records: | 3,573 |
|---|---|---|---|---|
| | | % of Breaches: 0.3% | %of Records: | 0.0% |

**Category:  Government/Military**

| | Totals for Category:  Government/Military | # of Breaches: 5 | # of Records: | 4,204 |
|---|---|---|---|---|
| | | % of Breaches: 0.3% | %of Records: | 0.0% |

**Category:  Medical/Healthcare**

| | Totals for Category:  Medical/Healthcare | # of Breaches: 67 | # of Records: | 265,769 |
|---|---|---|---|---|
| | | % of Breaches: 4.2% | %of Records: | 0.1% |

| Totals for Category: | Unauthorized Access | # of Breaches: 170 | # of Records: | 467,215 |
|---|---|---|---|---|
| | | % of Breaches: 10.8 | %of Records: | 0.3% |

| 2017 Breaches Identified by the ITRC as of: | 1/16/2018 | Total Breaches: | 1,579 |
|---|---|---|---|
| | | Records Exposed: | 178,955,069 |

The ITRC Breach database is updated on a daily basis, and published to our website on Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year, but were not public in the previous year.  Each item must be previously published by a credible source, such as an Attorney General's website, network television, national print media, etc.  The item will not be included if the ITRC is not certain that the source is real and credible.  We include, for each incident, a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.  ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.

What is a breach?  A breach is defined as an event in which an individual's name plus Social Security Number (SSN), driver's license number, medical record, or a financial record/credit/debit card is potentially put at risk – either in electronic or paper format.

.

 *The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center



# Identity Theft Resource Center    CYBERSCOUT

## *2017 Data Breach Exposing CC/DC Category Summary*

How is this report produced?  What are the rules?  See below for details.                          Report Date:    1/19/2018

**Category: Banking/Credit/Financial**

| Totals for Category: | Banking/Credit/Financial | # of Breaches: 39 | # of Records: | 2,247,689 |
|---|---|---|---|---|
| | | % of Breaches: 2.5% | %of Records: | 1.3% |

**Category: Business**

| Totals for Category: | Business | # of Breaches: 247 | # of Records: | 11,851,383 |
|---|---|---|---|---|
| | | % of Breaches: 15.6 | %of Records: | 6.6% |

**Category: Educational**

| Totals for Category: | Educational | # of Breaches: 3 | # of Records: | 5,566 |
|---|---|---|---|---|
| | | % of Breaches: 0.2% | %of Records: | 0.0% |

**Category: Government/Military**

| Totals for Category: | Government/Military | # of Breaches: 4 | # of Records: | 10,830 |
|---|---|---|---|---|
| | | % of Breaches: 0.3% | %of Records: | 0.0% |

**Category: Medical/Healthcare**

| Totals for Category: | Medical/Healthcare | # of Breaches: 9 | # of Records: | 91,878 |
|---|---|---|---|---|
| | | % of Breaches: 0.6% | %of Records: | 0.1% |

| Totals for Category: | Credit Card/Debit Card Exposed: | # of Breaches: 302 | # of Records: | 14,207,346 |
|---|---|---|---|---|
| | | % of Breaches: 19.1 | %of Records: | 7.9% |

| **2017 Breaches Identified by the ITRC as of:** | **1/19/2018** | **Total Breaches:** | **1,579** |
|---|---|---|---|
| | | **Records Exposed:** | **178,955,069** |

The ITRC Breach database is updated on a daily basis, and published to our website on Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year, but were not public in the previous year.  Each item must be previously published by a credible source, such as an Attorney General's website, network television, national print media, etc.  The item will not be included if the ITRC is not certain that the source is real and credible.  We include, for each incident, a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.  ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.

What is a breach?  A breach is defined as an event in which an individual's name plus Social Security Number (SSN), driver's license number, medical record, or a financial record/credit/debit card is potentially put at risk – either in electronic or paper format.

 *The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center



# Identity Theft Resource Center



## 2017 Data Breach Exposing SSN Category Summary

How is this report produced?  What are the rules?  See below for details.

Report Date: 1/19/2018

### Category:  Banking/Credit/Financial

| | | | | | |
|---|---|---|---|---|---|
| Totals for Category: | Banking/Credit/Financial | # of Breaches: 80 | # of Records: | | 303,998 |
| | | % of Breaches: 5.1% | %of Records: | | 0.2% |

### Category: Business

| | | | | | |
|---|---|---|---|---|---|
| Totals for Category: | Business | # of Breaches: 504 | # of Records: | | 147,828,159 |
| | | % of Breaches: 31.9 | %of Records: | | 82.6% |

### Category:  Educational

| | | | | | |
|---|---|---|---|---|---|
| Totals for Category: | Educational | # of Breaches: 93 | # of Records: | | 1,300,557 |
| | | % of Breaches: 5.9% | %of Records: | | 0.7% |

### Category: Government/Military

| | | | | | |
|---|---|---|---|---|---|
| Totals for Category: | Government/Military | # of Breaches: 42 | # of Records: | | 5,765,569 |
| | | % of Breaches: 2.7% | %of Records: | | 3.2% |

### Category: Medical/Healthcare

| | | | | | |
|---|---|---|---|---|---|
| Totals for Category: | Medical/Healthcare | # of Breaches: 113 | # of Records: | | 2,755,046 |
| | | % of Breaches: 7.2% | %of Records: | | 1.5% |

| | | | | | |
|---|---|---|---|---|---|
| Totals for Category: | SSN Exposed | # of Breaches: 832 | # of Records: | | 157,953,329 |
| | | % of Breaches: 52.7 | %of Records: | | 88.3% |

| 2017 Breaches Identified by the ITRC as of: | 1/19/2018 | Total Breaches: | 1,579 |
|---|---|---|---|
| | | Records Exposed: | 178,955,069 |

The ITRC Breach database is updated on a daily basis, and published to our website on each Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year,  but were not public in the previous year.  Each item must be previously published by a credible source, such as Attorney General's website, TV, radio, press, etc.  The item will not be included at all if ITRC is not certain that the source is real and credible.  We include in each item a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.   ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.

 *The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center


**IDENTITY THEFT RESOURCE CENTER**

# Identity Theft Resource Center



## 2017 Data Breach Insider Theft Category Summary

How is this report produced?  What are the rules?  See below for details.                    Report Date:   1/16/2018

**Category:  Banking/Credit/Financial**

| | | | |
|---|---|---|---|
| Totals for Category: | **Banking/Credit/Financial** | # of Breaches: 18 | # of Records:  4,490 |
| | | % of Breaches: 1.1% | %of Records:  0.0% |

**Category:  Business**

| | | | |
|---|---|---|---|
| Totals for Category: | **Business** | # of Breaches: 24 | # of Records:  76,021 |
| | | % of Breaches: 1.5% | %of Records:  0.0% |

**Category:  Educational**

| | | | |
|---|---|---|---|
| Totals for Category: | **Educational** | # of Breaches: 1 | # of Records:  570 |
| | | % of Breaches: 0.1% | %of Records:  0.0% |

**Category:  Government/Military**

| | | | |
|---|---|---|---|
| Totals for Category: | **Government/Military** | # of Breaches: 7 | # of Records:  29,614 |
| | | % of Breaches: 0.4% | %of Records:  0.0% |

**Category:  Medical/Healthcare**

| | | | |
|---|---|---|---|
| Totals for Category: | **Medical/Healthcare** | # of Breaches: 33 | # of Records:  849,214 |
| | | % of Breaches: 2.1% | %of Records:  0.5% |

| | | | |
|---|---|---|---|
| Totals for Category: | **Insider Theft** | # of Breaches: 83 | # of Records:  959,909 |
| | | % of Breaches: 5.3% | %of Records:  0.5% |

| 2017 Breaches Identified by the ITRC as of: | 1/16/2018 | Total Breaches:    1,579 |
|---|---|---|
| | | Records Exposed: 178,955,069 |

The ITRC Breach database is updated on a daily basis, and published to our website on each Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year,  but were not public in the previous year.  Each item must be previously published by a credible source, such as Attorney General's website, TV, radio, press, etc.  The item will not be included at all if ITRC is not certain that the source is real and credible.  We include in each item a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.  ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.

 *The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center



# Identity Theft Resource Center

## 2017 Data Breach Data On The Move Summary

How is this report produced?  What are the rules?  See below for details.

Report Date:    1/19/2018

**Category:  Banking/Credit/Financial**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Banking/Credit/Financial | # of Breaches: 3 | # of Records: | 2,196 |
| | | % of Breaches: 0.2% | %of Records: | 0.0% |

**Category: Business**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Business | # of Breaches: 18 | # of Records: | 37,117 |
| | | % of Breaches: 1.1% | %of Records: | 0.0% |

**Category:  Educational**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Educational | # of Breaches: 4 | # of Records: | 2,646 |
| | | % of Breaches: 0.3% | %of Records: | 0.0% |

**Category: Government/Military**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Government/Military | # of Breaches: 2 | # of Records: | 22,500 |
| | | % of Breaches: 0.1% | %of Records: | 0.0% |

**Category:  Medical/Healthcare**

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Medical/Healthcare | # of Breaches: 7 | # of Records: | 41,045 |
| | | % of Breaches: 0.4% | %of Records: | 0.0% |

| | | | | |
|---|---|---|---|---|
| Totals for Category: | Data On The Move | # of Breaches: 34 | # of Records: | 105,504 |
| | | % of Breaches: 2.2% | %of Records: | 0.1% |

| 2017 Breaches Identified by the ITRC as of: | 1/19/2018 | | Total Breaches: | 1,579 |
|---|---|---|---|---|
| | | | Records Exposed: | 178,955,069 |

The ITRC Breach database is updated on a daily basis, and published to our website on each Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year,  but were not public in the previous year.  Each item must be previously published by a credible source, such as Attorney General's website, TV, radio, press, etc.  The item will not be included at all if ITRC is not certain that the source is real and credible. We include in each item a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.   ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.



*The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center



# Identity Theft Resource Center   **CYBERSCOUT**

## 2017 Accidental Web/Internet Exposure Category Summary

How is this report produced?  What are the rules?  See below for details.                    Report Date: 1/16/2018

### Category: Banking/Credit/Financial

| Totals for Category: | Banking/Credit/Financial | # of Breaches: 11 | # of Records: | 2,731,256 |
|---|---|---|---|---|
| | | % of Breaches: 0.7% | %of Records: | 1.5% |

### Category: Business

| Totals for Category: | Business | # of Breaches: 45 | # of Records: | 4,820,119 |
|---|---|---|---|---|
| | | % of Breaches: 2.8% | %of Records: | 2.7% |

### Category: Educational

| Totals for Category: | Educational | # of Breaches: 16 | # of Records: | 36,713 |
|---|---|---|---|---|
| | | % of Breaches: 1.0% | %of Records: | 0.0% |

### Category: Government/Military

| Totals for Category: | Government/Military | # of Breaches: 10 | # of Records: | 157,919 |
|---|---|---|---|---|
| | | % of Breaches: 0.6% | %of Records: | 0.1% |

### Category: Medical/Healthcare

| Totals for Category: | Medical/Healthcare | # of Breaches: 19 | # of Records: | 272,784 |
|---|---|---|---|---|
| | | % of Breaches: 1.2% | %of Records: | 0.2% |

| Totals for Category: | Accidental Exposure | # of Breaches: 101 | # of Records: | 8,018,791 |
|---|---|---|---|---|
| | | % of Breaches: 6.4% | %of Records: | 4.5% |

| 2017 Breaches Identified by the ITRC as of: | 1/16/2018 | Total Breaches: | 1,579 |
|---|---|---|---|
| | | Records Exposed: | 178,955,069 |

The ITRC Breach database is updated on a daily basis, and published to our website on Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year, but were not public in the previous year.  Each item must be previously published by a credible source, such as an Attorney General's website, network television, national print media, etc.  The item will not be included if the ITRC is not certain that the source is real and credible.  We include, for each incident, a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.   ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.

What is a breach?  A breach is defined as an event in which an individual's name plus Social Security Number (SSN), driver's license number, medical record, or a financial record/credit/debit card is potentially put at risk – either in electronic or paper format.

.

  *The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center



# Identity Theft Resource Center



## 2017 Data Breach Employee Error / Negligence  / Improper Disposal / Loss Summary

How is this report produced?  What are the rules?  See below for details.

Report Date:  1/22/2018

**Category:  Banking/Credit/Financial**

| | | | |
|---|---|---|---|
| Totals for Category: | Banking/Credit/Financial | # of Breaches: 15 | # of Records: 99,075 |
| | | % of Breaches: 0.9% | %of Records: 0.1% |

**Category:  Business**

| | | | |
|---|---|---|---|
| Totals for Category: | Business | # of Breaches: 57 | # of Records: 145,588,870 |
| | | % of Breaches: 3.6% | %of Records: 81.4% |

**Category:  Educational**

| | | | |
|---|---|---|---|
| Totals for Category: | Educational | # of Breaches: 16 | # of Records: 6,952 |
| | | % of Breaches: 1.0% | %of Records: 0.0% |

**Category:  Government/Military**

| | | | |
|---|---|---|---|
| Totals for Category: | Government/Military | # of Breaches: 20 | # of Records: 60,029 |
| | | % of Breaches: 1.3% | %of Records: 0.0% |

**Category:  Medical/Healthcare**

| | | | |
|---|---|---|---|
| Totals for Category: | Medical/Healthcare | # of Breaches: 56 | # of Records: 172,624 |
| | | % of Breaches: 3.5% | %of Records: 0.1% |

| | | | |
|---|---|---|---|
| Totals for Category: | Employee Error/Negligence/Improper Disposal/Loss Category Summary | # of Breaches: 164 | # of Records: 145,927,550 |
| | | % of Breaches: 10.4 | %of Records: 81.5% |

| 2017 Breaches Identified by the ITRC as of: | 1/22/2018 | Total Breaches: 1,579 |
|---|---|---|
| | | Records Exposed: 178,955,069 |

The ITRC Breach database is updated on a daily basis, and published to our website on each Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year,  but were not public in the previous year.  Each item must be previously published by a credible source, such as Attorney General's website, TV, radio, press, etc.  The item will not be included at all if ITRC is not certain that the source is real and credible.  We include in each item a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.   ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.

  *The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center



# Identity Theft Resource Center



## 2017 Physical Theft Summary

How is this report produced?  What are the rules?  See below for details.                    Report Date:      1/19/2018

**Category:  Banking/Credit/Financial**

| Totals for Category:  Banking/Credit/Financial | # of Breaches: 1 | # of Records: | 138 |
| | % of Breaches: 0.1% | %of Records: | 0.0% |

**Category:  Business**

| Totals for Category:  Business | # of Breaches: 19 | # of Records: | 12,547 |
| | % of Breaches: 1.2% | %of Records: | 0.0% |

**Category:  Educational**

| Totals for Category:  Educational | # of Breaches: 4 | # of Records: | 1,125,335 |
| | % of Breaches: 0.3% | %of Records: | 0.6% |

**Category:  Government/Military**

| Totals for Category:  Government/Military | # of Breaches: 5 | # of Records: | 4,689 |
| | % of Breaches: 0.3% | %of Records: | 0.0% |

**Category:  Medical/Healthcare**

| Totals for Category:  Medical/Healthcare | # of Breaches: 42 | # of Records: | 257,216 |
| | % of Breaches: 2.7% | %of Records: | 0.1% |

| Totals for Category:  Physical Theft | # of Breaches: 71 | # of Records: | 1,399,925 |
| | % of Breaches: 4.5% | %of Records: | 0.8% |

| 2017 Breaches Identified by the ITRC as of: | 1/19/2018 | Total Breaches:      1,579 |
| | | Records Exposed: 178,955,069 |

The ITRC Breach database is updated on a daily basis, and published to our website on each Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year,  but were not public in the previous year.  Each item must be previously published by a credible source, such as Attorney General's website, TV, radio, press, etc.  The item will not be included at all if ITRC is not certain that the source is real and credible. We include in each item a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.   ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.



*The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center





# Identity Theft Resource Center

## 2017 Data Breach Subcontractor / Third Party / Business Associate Summary

How is this report produced?  What are the rules?  See below for details.                    Report Date:    1/16/2018

**Category: Banking/Credit/Financial**

| | | | |
|---|---|---|---|
| **Totals for Category:** | **Banking/Credit/Financial** | **# of Breaches: 9** | **# of Records:** | **8,945** |
| | | **% of Breaches: 0.6%** | **%of Records:** | **0.0%** |

**Category: Business**

| | | | |
|---|---|---|---|
| **Totals for Category:** | **Business** | **# of Breaches: 76** | **# of Records:** | **720,045** |
| | | **% of Breaches: 4.8%** | **%of Records:** | **0.4%** |

**Category: Educational**

| | | | |
|---|---|---|---|
| **Totals for Category:** | **Educational** | **# of Breaches: 4** | **# of Records:** | **850** |
| | | **% of Breaches: 0.3%** | **%of Records:** | **0.0%** |

**Category: Government/Military**

| | | | |
|---|---|---|---|
| **Totals for Category:** | **Government/Military** | **# of Breaches: 8** | **# of Records:** | **14,020** |
| | | **% of Breaches: 0.5%** | **%of Records:** | **0.0%** |

**Category: Medical/Healthcare**

| | | | |
|---|---|---|---|
| **Totals for Category:** | **Medical/Healthcare** | **# of Breaches: 22** | **# of Records:** | **153,354** |
| | | **% of Breaches: 1.4%** | **%of Records:** | **0.1%** |

| | | | |
|---|---|---|---|
| **Totals for Category:** | **Subcontractor** | **# of Breaches: 119** | **# of Records:** | **897,214** |
| | | **% of Breaches: 7.5%** | **%of Records:** | **0.5%** |

| **2017 Breaches Identified by the ITRC as of:** | **1/16/2018** | **Total Breaches:** | **1,579** |
|---|---|---|---|
| | | **Records Exposed:** | **178,955,069** |

The ITRC Breach database is updated on a daily basis, and published to our website on each Tuesday.  Unless noted otherwise, each report includes breaches that occurred in the year of the report name (such as "2017 Breach List"), or became public in the report name year,  but were not public in the previous year.  Each item must be previously published by a credible source, such as Attorney General's website, TV, radio, press, etc.  The item will not be included at all if ITRC is not certain that the source is real and credible. We include in each item a link or source of the article, and the information presented by that article.  Many times, we have attributions from a multitude of media sources and media outlets.  ITRC sticks to the facts as reported, and does not add or subtract from the previously published information.  When the number of exposed records is not reported, we note that fact.  Note:  For data breach incidents involving only emails, user names, and/or passwords, the number of records are not included in the overall total number of records.



*The ITRC would like to thank CyberScout for its financial support of the ITRC Breach Report, ITRC Breach Stats Report and all supplemental breach reports.*

Copyright 2018 Identity Theft Resource Center

## Information and Background on ITRC

Information management is critically important to all of us - as employees and consumers. For that reason, the Identity Theft Resource Center has been tracking security breaches since 2005, looking for patterns, new trends and any information that may better help us to educate consumers and businesses on the need for understanding the value of protecting personal identifying information.

**What is a breach?**  The ITRC defines a data breach as an incident in which an individual name plus a Social Security number, driver's license number, medical record or financial record (credit/ debit cards included) is potentially put at risk because of exposure. This exposure can occur either electronically or in paper format. The ITRC will also capture breaches that do not, by the nature of the incident, trigger data breach notification laws. Generally, these breaches consist of the exposure of user names, emails and passwords without involving sensitive personal identifying information. These breach incidents will be included by name but *without* the total number of records exposed in the cumulative annual total.

There are currently two ITRC breach reports which are updated and posted on-line on a weekly basis. The *ITRC Breach Report* presents detailed information about data exposure events along with running totals for a specific year.  Breaches are broken down into five categories, as follows: business, banking/credit/financial, educational, Government/Military and medical/healthcare. The *ITRC Breach Stats Report* provides a summary of this information by category.  Other more detailed reports may be generated on a quarterly basis or as dictated by trends.

It should be noted that data breaches are not all alike. Security breaches can be broken down into a number of additional sub-categories by what happened and what information (data) was exposed.  What they all have in common is they usually contain personal identifying information (PII) in a format easily read by thieves, in other words, not encrypted.

The ITRC currently tracks seven categories of data loss methods:  Insider Theft, Hacking/ Skimming/Phishing, Data on the Move, Subcontractor/Third Party/BA, Employee error/ Negligence/Improper disposal/Lost, Accidental web/Internet Exposure and Physical Theft. (Please note that Accidental email, previously included with Accidental web/Internet Exposure, has been re-categorized under the Employee error/Negligence/Improper disposal/Lost category.) In some cases, there may be more than one category checked.  For example, in the case of employee error which occurred with the Subcontractor.

The ITRC breach list also tracks types of information compromised:
- Social Security number
- Credit/Debit Card number
- Protected Health Information (PHI)
- Driver's License
- Financial Accounts
- Email/Password/User Name
- Other/Undefined Type of Records

## Methodology

The ITRC breach list is a compilation of data breaches confirmed by various media sources or notification lists from state governmental agencies.  This list is updated daily, and published each Tuesday.

Breaches on this list typically have exposed information which could potentially lead to identity theft, including Social Security numbers, financial account information, or medical information. ITRC follows U.S. Federal guidelines about what combination of personal information comprise a unique individual, and the exposure of which will constitute a data breach.

**Records Reported:**

This field has been changed to more accurately reflect the circumstances surrounding the number of records exposed.  The numeral "0" has been replaced with "Unknown" - recognizing the number of records may have been reported to some other entity (i.e. government or law enforcement), but is not provided in the information available to the ITRC.

**Breach categories:**

*Business*:  This category encompasses retail services, hospitality and tourism, professional, trade, transportation, utilities, payment processors and other entities not included in the other four sectors. It also includes nonprofit organizations, industry associations, non-government social service providers, as well as life insurance companies and insurance brokers (non-medical).

*Educational*:  Any public or private educational facility, from pre-school through university level. This category does not include scholarship providers, after school entities, or tutoring organizations.

*Medical/Healthcare:*  Any medical covered entity (CE) or business associate (BA), as defined by HIPAA, in the healthcare industry.  Also includes healthcare facilities and organizations which may be attached to schools and universities, and *may* include pharmaceutical manufacturers. Insurance companies may vary by industry – medical and long term insurance providers will be classified as medical healthcare.  (Included on hhs.gov list).

> *Covered entities are defined in the HIPAA rules as (1) health plans, (2) health care clearinghouses, and (3) health care providers who electronically transmit any health information in connection with transactions for which HHS has adopted standards. A "business associate" is a person or entity that performs certain functions or activities that involve the use or disclosure of protected health information on behalf of, or provides services to, a covered entity.*

*Government/Military*:  Any city, county, state, national or military entity; or a department within one of these entities.  In the event that a medical facility is also a government or military entity, it will be listed under Government/Military.  Entities such as Veteran Association Medical Centers (VAMC) will be included in this sector.

*Banking/Credit/Financial:*  This sector includes entities such as banks, credit unions, credit card companies, mortgage and loan brokers, financial services, investment firms and trust companies, payday lenders and pension funds (401 savings plans)