# Exhibit 23



HIPAA Journal is the leading provider of news, updates, and independent advice for HIPAA com

HIPAA Compliance News | Practical HIPAA Advice » | HIPAA Compliance Checklist | HIPAA Rules & Regulations » | About HIPAA Journal

# What is Considered Protected Health Information Under HIPAA?

Posted By HIPAA Journal on Jan 2, 2022

Protected health information – or PHI – is often mentioned in relation to HIPAA and healthcare, but what is considered protected health information under HIPAA?

## What is Considered Protected Health Information Under HIPAA Law?

If you work in healthcare or health insurance, or are considering doing business with clients in these industries that involves the disclosure of health information, you will need to know what is considered *protected* health information under HIPAA law because – under HIPAA law – only certain uses and disclosures of protected health information are permitted, while it is also necessary to implement safeguards to ensure the confidentiality, integrity, and availability of protected health information while it is in your possession.

Violate any of the provisions in the HIPAA Privacy, Security, or Breach Notification Rules and you could be financially penalized. There are even criminal penalties for HIPAA violations; and claiming ignorance of the Rules is not a valid defense if you are found to have failed to protect health information under HIPAA law.

## Protected Health Information Definition

Under HIPAA, protected health information is considered to be individually identifiable health information relating to the past, present, or future health status of an individual that is created, collected, or transmitted, or maintained by a HIPAA-covered entity in relation to the provision of healthcare, payment for healthcare services, or use in healthcare operations (PHI healthcare business uses).

Get The HIPAA Compliance Checklist

Free and Immediate Download

Information such as diagnoses, treatment information, medical test results, and prescription information are considered health information under HIPAA, and when these types of information are maintained in a "designated record set" with identifiers such as birth dates, gender, ethnicity, and contact and emergency contact information, all of the information maintained in the set is consider protected health information under HIPAA law.

PHI only relates to health information about patients or health plan members. It does not include information contained in educational and employment records. Additionally, PHI is only considered PHI when an individual could be identified from the information in the record set. If all identifiers are removed from the set, it ceases to be protected health information and the HIPAA Privacy Rule's restrictions on uses and disclosures no longer apply.

## What are PHI Identifiers?

PHI identifiers are any note, image, or file maintained in a record set that could be used to identify the subject of the health information. For example, a note reading "chronic obstructive pulmonary disease" is health information, but a note reading "chronic obstructive pulmonary disease jdoe@yahoo.com" is protected health information because it contains an identifier.

Any information that can be used to establish the identity of an individual – either individually or together with other information – is a PHI identifier; and it is important to be aware that there are more PHI identifiers than those listed under §164.514 relating to the deidentification of PHI. For example, if an image of a emotional support animal could be used to identify the subject of the health information, the image of the animal is a PHI identifier.

It is also important to be aware that protected health information can exist in more than one designated record set or in more than one location. It can also consist of a single item under the definition of a designated record set in §164.501. Therefore, if a pediatrician is sent a photo of a baby, and the identity of the baby can be determined from the photo, the photo is protected health information and the pediatrician needs the written authorization of the parent before the photo can be displayed on a baby wall.

## How Must HIPAA Protected Health Information be Safeguarded?

The HIPAA Security Rule requires covered entities to protect against reasonably anticipated threats to the security of PHI.  Covered entities must implement safeguards to ensure the confidentiality, integrity, and availability of PHI, although HIPAA is not technology specific and the exact safeguards that should be implemented are left to the discretion of the covered entity.

HIPAA requires physical, technical, and administrative safeguards to be implemented. Technologies such as encryption software and firewalls are covered under technical safeguards. Physical safeguards for PHI data include keeping physical records and electronic devices containing PHI under lock and key. Administrative safeguards include access controls to limit who can view PHI information. It is a requirement that staff are provided HIPAA security awareness training.

## FAQs

### What is the difference between PII, PHI, and IIHA?

PII is Personally Identifiable Information that is used outside a healthcare context, while PHI (Protected Health Information) and IIHA (Individually Identifiable Health Information) is the same information used within a healthcare context. Although PHI is the more commonly used acronym in HIPAA, both PHI and IIHI are protected by the Privacy and Security Rules because they mean exactly the same thing.

### Would patient information such as "Mr. Brown from New York" be considered PHI?

Although there could be thousands of Mr. Browns in New York, there is likely no more than a handful of Mr. Kwiatowskis in Crivitz, WI. As it would be impractical for HIPAA to stipulate there has to be fewer than so many Mr. Xs in a population of Y before the two identifiers are considered to be PHI, all combinations of identifiers are consider PHI under HIPAA – even "Mr. Brown from New York".

### Are email addresses that don´t reveal a person´s name considered identifiers for PHI purposes?

It is quite simple to find out who an email address such as "anonymous@xyz.com" belongs to by doing a little research on social media or using a reverse email lookup tool on the Internet. Even if social media or a reverse lookup tool does not give you the individual´s name, you will still be able to find enough information about the individual for that information – with the email address – to be considered PHI.

### What is the difference between an allowable disclosure of PHI and an incidental disclosure?

Covered entities are allowed to disclose PHI for treatment, payment, and health care operations. An incidental disclosure is a secondary, accidental disclosure that cannot reasonably be prevented, is limited in nature, and that occurs as a result of another disclosure permitted by the Privacy Rule – for example, if a physician invites a health plan employee to his office to discuss payments, and the health plan employee passes a patient he or she recognizes in the waiting room.

### How do you determine what a reasonably anticipated threat to PHI is?

All covered entities and business associates are required to conduct frequent risk analyses in order to identify threats to the integrity of PHI. If the threats could be reasonably anticipated, covered entities and business associates have to implement measures to protect against the threats, or mitigate the consequences if the threats were to materialize.

### What information does HIPAA protect?

HIPAA protects all individually identifiable health information that relates to an individual´s past, present, or future medical condition, treatment for medical conditions, and payment for treatments. Additionally, any information maintained in the same designated record set as the individually identifiable health information that could be used to identify the individual is also protected.

### Who can access information under HIPAA?

The answer to the question who can access information under HIPAA has three parts. 1. The subject of the information and representatives of HHS´ Office of Civil Rights *must* have access to information when requested. 2. Authorized personnel and certain organizations *can* have access to information under HIPAA if it involves a permissible use or disclosure as defined by the Privacy Rule. All other requests for access to information under HIPAA must be accompanied by a written authorization from the patient.

**Get The HIPAA Compliance Checklist**

Free and Immediate Download

Full Name *

Work Email *

Work Number *

Download Checklist

Delivered via email so please ensure you enter your email address correctly.

**Your Privacy Respected**
HIPAA Journal Privacy Policy

**Author:** Steve Alder is the editor-in-chief of HIPAA Journal. Steve is responsible for editorial policy regarding the topics covered on HIPAA Journal. He is a specialist on healthcare industry legal and regulatory affairs, and has several years of experience writing about HIPAA and other related legal topics. Steve has developed a deep understanding of regulatory issues surrounding the use of information technology in the healthcare industry and has written hundreds of articles on HIPAA-related topics.

## About HIPAA Journal

HIPAA Journal provides the most comprehensive coverage of HIPAA news anywhere online, in addition to independent advice about HIPAA compliance and the best practices to adopt to avoid data breaches, HIPAA violations and regulatory fines.

## Recent News

▸ Healthcare Ransomware Threat High Despite Slight Downturn in Attacks in Q3

▸ 119 Pediatric Practices Affected by Breach at EHR

## Free Weekly Newsletter

**Receive weekly HIPAA news directly via email**

HIPAA News
Regulatory Changes
Breach News
HITECH News
HIPAA Advice

HIPAA Journal's goal is to assist HIPAA-covered entities achieve and maintain compliance with state and federal regulations governing the use, storage and disclosure of PHI and PII.

Vendor – 2.2 Million Patients Affected

- Webinar Next Week: 12/6/2022: How to Complete Your 2022 Risk Assessment

- HHS, SAMHSA Propose Update to Improve Alignment of HIPAA Privacy Rule and 42 CFR Part 2

- Interview: John Jessop, Sr. Director, HIPAA Security & Regulatory Compliance, PPFA

Your email address

Free Subscription
Email Never Shared
Cancel Any Time

Privacy Policy

Advertising and Sponsorship    Submit Press Releases    Newsletter Subscription    Terms and Conditions    Privacy Policy    Site Map

Copyright © 2014-2022 HIPAA Journal. All rights reserved.