# Exhibit 28

Boot camps & training     Awareness & anti-phishing     Community

**INFOSEC**

Topics / Healthcare information security

# Healthcare information security

Most Recent ▾

Healthcare information security  August 18, 2021  Susan Morrow

## Genetic testing "hottest" new form of health insurance fraud, FBI warns

The FBI is finding more and more cases of health insurance fraud. Learn more about it.

Healthcare information security  July 13, 2021  Susan Morrow

## Healthcare data security issues: Best security practices for virtual healthcare sessions

With more telehealth and related digital mechanisms to deliver health, healthcare data security standards are more important than ever.

Healthcare information security  July 21, 2020  Daniel Dimov

## Analysis of ransomware used in recent cyberattacks on health care institutions

In recent years, there has been a steady increase in the number of ransomware attacks on healthcare institutions. The pressure such institutions experienced...

Healthcare information security  May 1, 2020  Susan Morrow

## Top cyber security risks in healthcare [updated 2020]

The healthcare industry is a prime target for cybercriminals. Stolen protected health information (PHI) is worth hundreds, even thousands of dollars on the...

Healthcare information security  December 17, 2019  Karen Walsh

## How to satisfy HIPAA awareness and training requirements

While data privacy and security regulations abound, few bring the same number of frustrated groans from IT departments as the Health Insurance Portability...

Healthcare information security  September 21, 2018  Susan Morrow

### Implementing Controls for HIPAA

Learn how to maintain the confidentiality, integrity and availability of PHI and ePHI. **What you'll learn:**

- HIPAA models and protocols
- Best practices for controls
- Privacy rule standards
- HIPAA compliance plans
- And more

**GET STARTED**

### In this Series

**Genetic testing "hottest" new form of health insurance fraud, FBI warns**

**Healthcare data security issues: Best security practices for virtual healthcare sessions**

**Analysis of ransomware used in recent cyberattacks on health care institutions**

**Top cyber security risks in healthcare [updated 2020]**

**How to satisfy HIPAA awareness and training requirements**

**What Is Protected Health Information (PHI)?**

**How to Comply with HIPAA**

Hey there! 👋 Ready to talk about boot camp certification training?

## What Is Protected Health Information (PHI)?

Healthcare is a data-rich industry. These data are created across the entire healthcare ecosystem; they represent a wealth of information that can be used to...

Healthcare information security  August 28, 2018  Beth Osborne

## The Most Vulnerable and Hackable Medical Devices

 The Internet of Things (IoT) adds convenience and capabilities in both personal and professional applications. Smart device usage in the medical field...

Healthcare information security  August 2, 2018  Beth Osborne

## How to Comply with HIPAA Regulations – 10 Steps

There is a tremendous amount of data in the world of healthcare. That data includes personal healthcare information (PHI), which is regulated by the Health...

Healthcare information security  May 27, 2018  Greg Belding

## 5 Security Awareness Tips for HIPAA Compliance

The Healthcare field generates a lot of information that is very private. To address this issue, Congress passed what was originally known as the Kennedy-Kassebaum...

Healthcare information security  March 29, 2018  Jennifer Jeffers

## How WannaCry Ransomware Crippled Healthcare

What do you get when you combine stolen government hacking tools, an unpatched system, and shady operatives from North Korea? The answer is one seriously debilitating...

1  2  3  4  5  ...  7  ›

| Topics | Certifications | Careers | Company |
|---|---|---|---|
| Hacking | CISSP | IT auditor | Contact us |
| Penetration testing | CCSP | Cybersecurity architect | About Infosec |
| Cyber ranges | CGEIT | Cybercrime investigator | Work at Infosec |
| Capture the flag | CEH | Penetration tester | Newsroom |
| Malware analysis | CCNA | Cybersecurity consultant | |
| Professional development | CISA | Cybersecurity analyst | |
| General security | CISM | Cybersecurity engineer | |
| News | CRISC | Cybersecurity manager | |

Hey there! 👋 Ready to talk about boot camp certification training?

Security awareness

A+

Incident responder

Phishing

Network+

Information security auditor

Management, compliance & auditing

Security+

Information security manager

CASP+

*View all careers*

Digital forensics

PMP

Threat intelligence

CySA+

DoD 8570

CMMC

*View all topics*

Microsoft Azure

*View all certifications*

Infosec, part of Cengage Group — ©2022 Infosec Institute, Inc.

Trademarks     Privacy Policy

Security awareness

A+

Incident responder

Phishing

Network+

Information security auditor

Management, compliance & auditing

Security+

Information security manager

CASP+

*View all careers*

Digital forensics

PMP

Threat intelligence

CySA+

DoD 8570

CMMC

*View all topics*

Microsoft Azure

*View all certifications*

Hey there! 👋 Ready to talk about boot camp certification training?