# Exhibit 31

**BREAKING** ) of Salesforce, Marc Benioff stays on as CEO



WATCH **LIVE**

**PERSONAL FINANCE**

# Credit monitoring services may not be worth the cost

PUBLISHED THU, NOV 30 2017•9:00 AM EST    UPDATED THU, NOV 30 2017•9:01 AM EST

 Kayleigh Kulp

WATCH LIVE

## KEY POINTS

- Increasing awareness of identity theft risks and breaches when they happen is a good start.
- Consider how well they support you in the event of a breach.

When Jed Grant's security clearance and biometric information was stolen from the U.S. Office of Personnel Management, the agency offered him and 22 million other affected people a free credit monitoring service.

The service "was worth what I paid: nothing," said Grant, CEO of IT security firm Peer Mountain.

"So far in the five-plus years that I have had it, it has notified me twice that my Yahoo



**CNBC PRO**

CYBER MONDAY **EXTENDED**
OFFER

**CLAIM YOUR OFFER**

 MARKETS

 CNBC TV

 WATCHLIST

 MENU



BREAKING    ) of Salesforce, Marc Benioff stays on as CEO

   WATCH LIVE  



Dado Ruvic | Reuters

Lance Cottrell, chief scientist at Ntrepid, a security and information management company, said credit monitoring agencies do little to *prevent* you from having to clean up the mess.

"At best, they provide early warning that you have already become a victim of ID fraud so you have the opportunity to take action early in the process," said Cottrell.

Increasing awareness of identity-theft risks and breaches when they happen is a good start. About 20 percent of consumers surveyed by J.D. Power said they were not aware of the Equifax data breach, while 51 percent said they were either very or somewhat aware.



CYBER MONDAY **EXTENDED**
**OFFER**

**CLAIM YOUR OFFER**


MARKETS


CNBC TV


WATCHLIST


MENU

BREAKING  ) of Salesforce, Marc Benioff stays on as CEO

  

requests for comment.

"The reality is that most [credit monitoring services] are the same services repackaged by different companies," said James Barnash, a certified financial planner with SGL Financial in Buffalo Grove, Illinois.

The biggest thing to distinguish between them, he says, is how well they support you in the event of a breach.

LifeLock, for example, offers up to $1 million in stolen funds reimbursement, $1 million in legal and expert fee reimbursement, and $1 million in personal expense reimbursement, credit and Social Security number alerts, annual credit reports and 401(k) plan and investment activity alerts for about $30 per month.

Identity Guard charged David Edwards, president of Heron Wealth in New York, about $24.99 per month for credit score monitoring, banking alerts, scanning the "dark web" and providing $1 million insurance for the reimbursement of stolen funds, after one of his firm's vendors was hacked, exposing his credentials, passwords, American Express — charge card number, expiration and PIN



CYBER MONDAY **EXTENDED**
**OFFER**

**CLAIM YOUR OFFER**


MARKETS


CNBC TV


WATCHLIST


MENU

BREAKING  ) of Salesforce, Marc Benioff stays on as CEO 

 WATCH LIVE

"It's a personal choice for people," she said. "It's a time and tedium factor."

At least for now, there are several free ways to keep tabs on your credit.

The Identify Theft Resource Center provides a free remediation plan with actionable steps and templates. And whether or not you were affected by the Equifax breach, that company is offering consumers a free year of credit monitoring service on its TrustedID Premier service if they sign up by Jan. 31 It includes monitoring reports generated by the three largest credit-reporting firms, Equifax, Experian  and TransUnion , the ability to freeze credit, buy identify theft insurance and monitor potential misuse of your Social Security number.



VIDEO  01:36



CLAIM YOUR OFFER







BREAKING  of Salesforce, Marc Benioff stays on as CEO

 WATCH LIVE 

Maintain as few online accounts as possible, delete those you no longer use, don't reuse passwords, and don't allow your computer to remember passwords, said Jason McNew, CEO of Stronghold Cyber Security.

Credit Karma offers free credit monitoring if you agree to receive advertising and offers from the company, Weisman said. Discover offers free monitoring of your Social Security number in the "dark web," the part of the internet where personal information is bought and sold. Many other banks and credit cards offer free credit scores, which could alert you to unauthorized, adverse activity.

Perhaps the most effective way to prevent new accounts from being opened as a result of ID fraud is to set up a credit freeze or lock at TransUnion, Experian and Equifax, though only about 13 percent of people have done so, according to the J.D. Power survey.

Some states do not allow fees to be charged for this service, Edwards said. There may be small fees to unfreeze the account.

"Knowing what's going on with your credit has become a very important part of living in our society," said Jeff White, a financial analyst with FitSmallBusiness.com. "Having poor credit due to unauthorized activity can prevent you from qualifying for important credit events when they come up. "

Danaher said: "TransUnion is not a credit repair organization, and as such cannot



CLAIM YOUR OFFER


MARKETS


CNBC TV


WATCHLIST


MENU

BREAKING  ) of Salesforce, Marc Benioff stays on as CEO



 WATCH LIVE

### Closing Bell: Overtime

WATCH IN THE APP

UP NEXT | **Fast Money** 05:00 pm ET



Subscribe to CNBC PRO                                     Licensing & Reprints



**CYBER MONDAY EXTENDED OFFER**

**CLAIM YOUR OFFER**

Corrections                                              About CNBC

Ad Choices                                               Site Map

**BREAKING** ⃝ of Salesforce, Marc Benioff stays on as CEO

WATCH **LIVE**

## News Tips

Got a confidential news tip? We want to hear from you.

**GET IN TOUCH**

## Advertise With Us

**PLEASE CONTACT US**

### ✉ CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2022 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.



**CLAIM YOUR OFFER**

MARKETS   CNBC TV   WATCHLIST   MENU