# INDEX OF EXHIBITS

Exhibit 1      "Notice of Privacy Incident", W&F website

Exhibit 2      Sample *WF Individual Notification Letter*

Exhibit 3      U.S. DHHS OFFICE FOR CIVIL RIGHTS

Exhibit 4      State of Indiana Department of Justice, Office of the Attorney General

Exhibit 5      State of California Department of Justice, Office of the Attorney General

Exhibit 6      State of Montana Department of Justice, Office of the Attorney General

Exhibit 7      *About Us*, W&F

Exhibit 8      *Locations*, W&F

Exhibit 9      "Most common delivery methods and cybersecurity vulnerabilities causing ransomware infections according to MSPs worldwide as of 2020." Statista

Exhibit 10     http://www.hhs.gov/hipaa/for-professionals/security/guidance/index.html

Exhibit 11     https://www.hhs.gov/hipaa/for-professionals/security/guidance/guidance-risk-analysis/index.html

Exhibit 12     *2022 Breach Barometer*, PROTENUS, https://www.protenus.com/breach-barometer-report

Exhibit 13     Jill McKeon, *Health Sector Suffered 337 Healthcare Data Breaches in First Half of Year*, Cybersecurity News (July 19, 2022)

Exhibit 14     *Cost of a Data Breach Report 2022*, IBM Security

Exhibit 15     Marc van Lieshout, *The Value of Personal Data*, 457 IFIP ADVANCES IN INFORMATION AND COMMUNICATION TECHNOLOGY 26 (May 2015)

| | |
|---|---|
| Exhibit 16 | Robert Lowes, *Stolen EHR [Electronic Health Record] Charts Sell for $50 Each on Black Market*, MEDSCAPE (Apr. 28, 2014) |
| Exhibit 17 | *Exploring the Economics of Personal Data: A Survey of Methodologies for Measuring Monetary Value*, OECD 4 (Apr. 2, 2013) |
| Exhibit 18 | *U.S. Firms to Spend Nearly $19.2 Billion on Third-Party Audience Data and Data-Use Solutions in 2018, Up 17.5% from 2017*, INTERACTIVE ADVERTISING BUREAU (Dec. 5, 2018) |
| Exhibit 19 | https://www.fbi.gov/how-we-can-help-you/safety-resources/scams-and-safety/common-scams-and-crimes/ransomware |
| Exhibit 20 | Andrew Steger, *What Happens to Stolen Healthcare Data?*, HEALTHTECH Magazine (Oct. 30, 2019) |
| Exhibit 21 | Adam Greenberg, *Health insurance credentials fetch high prices in the online black market*, SC MAGAZINE (July 16, 2013) |
| Exhibit 22 | *Health Care Systems and Medical Devices at Risk for Increased Cyber Intrusions for Financial Gain*, FBI CYBER DIVISION (Apr. 8, 2014) |
| Exhibit 23 | Janice Y. Tsai et al., *The Effect of Online Privacy Information on Purchasing Behavior*, *An Experimental Study*, 22(2) INFORMATION SYSTEMS RESEARCH 254 (June 2011) |
| Exhibit 24 | Gordon M. Snow, *Statement before the House Financial Services Committee, Subcommittee on Financial Institutions and Consumer Credit*, FBI (Sept. 14, 2011) |
| Exhibit 25 | *Ransomware Attacks on Hospitals Put Patients at Risk* (May 18, 2022) |
| Exhibit 26 | Maria Henriquez, *Iowa City Hospital Suffers Phishing Attack, Security Magazine* (Nov. 23, 2020) |

| | |
|---|---|
| Exhibit 27 | Jim Finkle, *FBI Warns Healthcare Firms that they are Targeted by Hackers*, REUTERS (Aug. 2014) |
| Exhibit 28 | Andis Robeznieks, *Cybersecurity: Ransomware attacks shut down clinics, hospitals*, AM. MED. ASS'N (Oct. 4, 2019) |
| Exhibit 29 | "Stolen Laptops Lead to Important HIPAA Settlements," U.S. Dep't of Health and Human Services (Apr. 22, 2014) |
| Exhibit 30 | Nsikan Akpan, *Ransomware and Data Breaches Linked to Uptick in Fatal Heart Attacks*, PBS (Oct. 24, 2019) |
| Exhibit 31 | U.S. Gov. Accounting Office, GAO-07-737, Personal Information: Data Breaches Are Frequent, but Evidence of Resulting Identity Theft Is Limited; However, the Full Extent Is Unknown (2007) |
| Exhibit 32 | *IdentityTheft.gov*, Federal Trade Commission, https://www.identitytheft.gov/Steps (last accessed Feb. 24, 2023) |
| Exhibit 33 | John T. Soma, et al, *Corporate Privacy Trend: The "Value" of Personally Identifiable Information ("PII") Equals the "Value" of Financial Assets*, 15 Rich. J.L. & Tech. 11, at *3-4 (2009) |
| Exhibit 34 | Federal Trade Commission, *Medical Identity Theft* |
| Exhibit 35 | Christine DiGangi, *5 Ways an Identity Thief Can Use Your Social Security Number*, Nov. 2, 2017 |
| Exhibit 36 | Brian Naylor, *Victims of Social Security Number Theft Find It's Hard to Bounce Back*, NPR (Feb. 9, 2015) |
| Exhibit 37 | Michael Kan, *Here's How Much Your Identity Goes for on the Dark Web*, Nov. 15, 2017 |
| Exhibit 38 | *Dark Web Monitoring: What You Should Know*, Consumer Federation of America, Mar. 19, 2019 |
| Exhibit 39 | Center for Internet Security, *Data Breaches: In the Healthcare Sector* |

| | |
|---|---|
| Exhibit 40 | *2021 Consumer Aftermath Report: How Identity Crimes Impact Victims, their Families, Friends, and Workplaces*, IDENTITY THEFT RESOURCE CENTER (2021) |
| Exhibit 41 | Patrick Lucas Austin, *'It Is Absurd.' Data Breaches Show it's Time to Rethink How We Use Social Security Numbers, Experts Say*, TIME (Aug. 5, 2019, 3:39 PM) |
| Exhibit 42 | Michael Ollove, "The Rise of Medical Identity Theft in Healthcare," Kaiser Health News, Feb. 7, 2014 |
| Exhibit 43 | Pam Dixon and John Emerson, *The Geography of Medical Identity Theft*, WORLD PRIVACY FORUM 6 (Dec. 12, 2017) |
| Exhibit 44 | John W. Coffey, *Difficulties in Determining Data Breach Impacts*, 17 JOURNAL OF SYSTEMICS, CYBERNETICS AND INFORMATICS 9 (2019) |
| Exhibit 45 | Medical ID Theft Checklist |
| Exhibit 46 | Experian, *The Potential Damages and Consequences of Medical Identify Theft and Healthcare Data Breaches ("Potential Damages")* |
| Exhibit 47 | "Guide for Assisting Identity Theft Victims," Federal Trade Commission, 4 (Sept. 2013) |
| Exhibit 48 | *Will a New Social Security Number Affect Your Credit?*, LEXINGTON LAW (Nov. 16, 2015) |
| Exhibit 49 | Michael Kassner, *Anatomy of the Target Data Breach: Missed Opportunities and Lessons Learned*, ZDNET (Feb. 2, 2015) |
| Exhibit 50 | Martyn Williams, *Inside the Russian Hack of Yahoo: How They Did It*, CSOONLINE.COM (Oct. 4, 2017) |
| Exhibit 51 | Patrick Nohe, *The Marriot Data Breach: Full Autopsy*, THE SSL STORE: HASHEDOUT (Mar. 22, 2019) |
| Exhibit 52 | Alfred Ng, *FBI Nabs Alleged Hackers in Theft of 15M Credit Cards from Chipotle, Others*, CNET (Aug. 1, 2018) |

| | |
|---|---|
| Exhibit 53 | Taylor Armerding, *The 18 Biggest Data Breaches of the 21st Century*, CSO ONLINE (Dec. 20, 2018) |
| Exhibit 54 | FTC, *Protecting Personal Information: A Guide for Business* |
| Exhibit 55 | How to Protect Your Networks from RANSOMWARE |
| Exhibit 56 | Human-operated ransomware attacks: A preventable disaster (Mar 5, 2020) |
| Exhibit 57 | Adnan Raja, *How to Safeguard Your Business Data with Encryption*, Aug. 14, 2018 |
| Exhibit 58 | "Stolen Laptops Lead to Important HIPAA Settlements," U.S. Dep't of Health and Human Services (Apr. 22, 2014) |