UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brooke Hayes, et al.,

        Case No.  23-10438

    Plaintiffs,        Honorable Sean F. Cox

v.

Wright & Filippis, LLC.,

    Defendant.

_____/

**ORDER OF CONSOLIDATION**

To promote convenience and judicial economy, and to avoid unnecessary costs and delay, the Court orders the consolidation of separate cases pursuant to Federal Rule of Civil Procedure 42(a), which provides:

> When actions involving a common question of law or fact are pending before this Court, It may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all of the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

**IT IS THEREFORE ORDERED** that the following case 23-10438 is consolidated with civil number 22-12908 for all purposes, including trial.

**IT IS FURTHER ORDERED** that **all subsequent papers filed after the date of this order shall be entered on civil number 22-12908**.

**IT IS FURTHER ORDERED** that civil number 23-10438 is hereby closed for

administrative purposes.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: March 3, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 3, 2023, by electronic and/or ordinary mail.

                                                s/Jennifer McCoy
                                                Case Manager