# **INDEX OF EXHIBITS**

A- Declaration of E. Powell Miller

B- Declaration of Cameron R. Azari, Esq. on Settlement Notice Plan and Notices