UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Chiquita Braggs, et al.,

                Plaintiff(s),

v.                                          Case No. 2:22−cv−12908−SFC−EAS
                                            Hon. Sean F. Cox

Wright & Filippis, Inc.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 817.  The following motion(s) are scheduled for hearing:

      Motion − #40

- MOTION HEARING:  January 4, 2024 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/J. McCoy
                                                    Case Manager

Dated:  October 31, 2023